UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**ULLRICH GNOTH FOTO-GRAFIK-DESIGN and COPYTRACK GMBH,**

      Plaintiffs,

v.   Case No. 5:23-cv-69-JA-PRL

**FIRST ELITE INSURANCE, LLC,**

      Defendant.

## ORDER

This case is before the Court on the Motion for Entry of Final Default Judgment (Doc. 12) filed by Ullrich Gnoth Foto-Grafik-Design and COPYTRACK GmbH. The assigned United States Magistrate Judge has submitted a Report (Doc. 14) recommending that the motion be **GRANTED** in part. No objection to the Report has been filed, and the time for filing objections has passed.

After review of the record in this matter, and noting that no objection has been filed, the Court agrees with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 14) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Entry of Final Default Judgment (Doc. 12) is **GRANTED** to the extent that a final default judgment will be entered against Defendant awarding Plaintiffs $499.00 in actual damages and $467.00 in taxable costs, and a permanent injunction will be entered against Defendant.

3. The Clerk is **DIRECTED** to enter a Final Default Judgment and Permanent Injunction providing that Plaintiffs shall recover from Defendant $499.00 in actual damages plus $467.00 in costs, and further providing that Defendant and its officers, directors, owners, agents, employees, successors, heirs, assigns, and any other persons acting in concert or privity or in participation with any of them are permanently enjoined from infringing Plaintiffs' copyrighted image depicted in Exhibit A to the Complaint (Doc. 1-1).

4. After entry of judgment, the Clerk shall close this case.

**DONE** and **ORDERED** on December 6, 2023.



JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Parties